Daniel, J.
 

 The bond's were executed, payable íó Fere-bee as Clerk and Master in Equity for the County of Camden, and his successors in office. On the' death of an obli-gee, his interest vests in his personal representatives, though not included in the terms of it. A bond given to a man and his successors, on his death belongs to and is to be sued on by his executor or administrator, unless the obligee is a corporation sale, in England, corporations are erected either by the charter of the King or by act of parliament, or they exist by prescription. In this State they are created only by the Legislature; The Legislature has heretofore passed acts, directing bonds in certain cases to'' be made payable to persons holding' certain offices and to their successors in office, as to the Governor and his successors, the Chairman of the County Court and his successors. These individuals then became sole corporations, by force of the acts of the Legislature, tor the particular object contemplated, and a-bond, taken in pursuance of those laws, would go to the successor, and not to the executor, of the obligee. But there-is no- act of the Legislature, which directs bonds of the description of those mentioned in this case, to be made payable'to the Clerk and- Master in Equity, and his successors. — * The bonds in this case were executed to- the Clerk and Master by an order of the Court of Equity, but that order could not vest in the successor to the office the legal right to sue-on the bonds. We are of opinion that the administrator only had the legal right to sue on the bonds. Therefore,- the nonsuit must be set aside, and a new trial granted.
 

 Per Curiam. Nonsuit set aside,, and a new trial awarded,